ADA J. POTTER, Appellant, *v.* ALFRED C. HODGMAN, as Trustee and Administrator of the Estate of MARY ELDRIDGE, Deceased, Respondent, Impleaded with Others.

*Potter* v. *Hodgman*, 81 App. Div. 233, affirmed.
(Submitted March 18, 1904; decided April 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 17, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*Edgar T. Brackett* and *Robert O. Bascom,* for appellant.

*C. H. Sturges* and *Edgar Hull* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

AMERICAN CASUALTY INSURANCE COMPANY OF ONEONTA, NEW YORK, Appellant, *v.* GEORGE E. GREEN, Respondent.

*American Casualty Ins. Co.* v. *Green,* 70 App. Div. 267, affirmed.
(Submitted March 18, 1904; decided April 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 10, 1902, affirming a judgment in favor of defendant entered upon the report of a referee.

*T. B. Merchant* and *L. M. Merchant* for appellant.

*James T. Rogers* for respondent.

Jugdment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.